CATHERINE CORTEZ MASTO
Attorney General
ROBERT W. LINDER
Deputy Attorney General
Nevada State Bar No. 3661
Bureau of Public Affairs
Personnel Division
555 East Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3125
Fax: (702) 486-3773
RLinder@ag.nv.gov
Attorneys for Defendants
  HOWARD SKOLNIK, PATRICK CONMAY,
  GREGORY COX, CARLA CREVLING,
  DAVID MOLNAR and STATE OF NEVADA,
  EX REL. ITS DEPARTMENT OF CORRECTIONS.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUCRECIOUS GUNN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD SKOLNIK, individually and in his official capacity as Director of the Nevada Department of Corrections; PATRICK CONMAY, individually and in his official capacity as Inspector General of the Nevada Department of Corrections; GREGORY COX, individually and in his official capacity as Deputy Director of Operations of the Nevada Department of Corrections; CARLA CREVLING, individually and in her official capacity as Division Administrator of the Personnel Division of the Nevada Department of Corrections., DAVID MOLNAR, individually and in his official capacity as Investigator of the Nevada Department of Corrections; and the STATE OF NEVADA, ex rel., ITS DEPARTMENT OF CORRECTIONS,<br><br>Defendants. | Case No.: 2:09-cv-02195-LDG-LRL<br><br>**STIPULATION AND ORDER TO STAY FEDERAL PROCEEDINGS PENDING RESOLUTION OF PETITION FOR JUDICIAL REVIEW ON ADMINISTRATIVE APPEAL INVOLVING SAME PARTIES AND ISSUES** |

It is hereby stipulated by and between the parties to stay the proceedings in this Federal matter pending the resolution of the Petition for Judicial Review of an Administrative

-1-

1  Appeal filed in the 8th Judicial District Court, Case No. A-09-597719-J, in Department 1. The
2  matter in the District Court involves the same parties, witnesses and issues as this Federal
3  matter. The District Court Judicial Review has been fully briefed and a request for submission
4  will be filed shortly.

Dated this 2nd day of September, 2010.

CATHERINE CORTEZ MASTO
Attorney General

By: _____ for
ROBERT W. LINDER
Deputy Attorney General
Nevada Bar No. 3661
Personnel Division
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3125
Fax: (702) 486-3773
Attorneys for Defendants HOWARD SKOLNIK, PATRICK CONMAY, GREGORY COX, CARLA CREVLING, DAVID MOLNAR and STATE OF NEVADA, EX REL. ITS DEPARTMENT OF CORRECTIONS

Dated this 2 day of September, 2010.

By: _____
James André Boles, Esq.
411 Mill Street
Reno, NV 89502
(775) 329-1544
(775) 329-1566
Attorney for Petitioner

**ORDER**

IT IS SO ORDERED.

DATED this 2 day of Sept, 2010.

_____
UNITED STATES DISTRICT JUDGE