# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LUCRECIOUS GUNN,

    Plaintiff,

v.

HOWARD SKOLNIK, *et al*.,

    Defendants.

Case No. 2:09-cv-02195-LDG (VCF)

**ORDER**

    A review of the docket indicates that this matter was stayed to permit judicial review of an administrative appeal that was filed in state court.  The parties filed one status report indicating the administrative appeal was set for a hearing.  Subsequently, the defendants moved for summary judgment, indicating in their motion that the administrative appeal had been resolved.  The plaintiff has not filed an opposition.

    Therefore, for good cause shown,

    THE COURT **ORDERS** that the stay previously imposed is LIFTED;

    THE COURT FURTHER **ORDERS** that the plaintiff shall have twenty-one days to file an opposition from the date this Order is entered and served.

1  THE COURT FURTHER **ORDERS** that the defendant may file a reply fourteen days
2  after the plaintiff's response is filed.

3  DATED this \_\_\_1\_\_\_ day of April, 2014.

_____
Lloyd D. George
United States District Judge