# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUCRECIOUS GUNN, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>HOWARD SKOLNIK, individually and in his official capacity as director of the Nevada Department of Corrections; PATRICK CONMAY, individually and in his official capacity as inspector General of the Nevada Department of Corrections; GREGORY COX, individually and in his official capacity as Deputy Director of Operations of the Nevada Department of Correction; CARLA CREVLING, individually and in her official capacity as Division Administrator of the Personnel Division of the Nevada Department of Corrections, DAVID MOLNAR, individually and in his official capacity as investigator of the Nevada Department of Corrections; and the STATE OF NEVADA, ex rel., ITS DEPARTMENT OF CORRECTIONS<br><br>    Defendants. | Case No. 2:09-cv-02195-LDG (VCF)<br><br>**JUDGMENT** |

    Defendants, Howard Skolnik, Patrick Conmay, Gregory Cox, Carla Crevling, David Molnar, and the State of Nevada, ex rel., its Department of Corrections' motion having come

before the Court and the Court having granted summary judgment as to 42 U.S.C. § 1983 and Title VII, and dismissed Plaintiff's state tort claim,

THE COURT HEREBY ORDERS that judgment and dismissal is ENTERED in favor of Defendants against Plaintiff.

DATED this 21 day of July, 2014.

_____
Lloyd D. George
United States District Judge

2